UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| TIRRELL AUDRELIUS MIDDLETON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:25-cv-00082-JMB |
| GAVEN PENROD, et al., | ) ) ) |
| Defendants. | ) ) |

**MEMORANDUM AND ORDER**

This matter is before the Court for review pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Review of the record indicates that Defendant Chad Dunbar has not been served with process.

Plaintiff filed his complaint on May 9, 2025, and filed an amended complaint on June 9, 2025. In both, Plaintiff named Dunbar as a Defendant. On September 3, 2025, the Court directed the Clerk to serve process on the amended complaint. The Clerk attempted to serve process upon Dunbar via the Missouri Attorney General's Office, as Plaintiff alleged that Dunbar was a corrections officer employed by the Missouri Department of Corrections. The Missouri Attorney General's Office declined to waive service as to Dunbar, stating that he was no longer employed by the Missouri Department of Corrections. Counsel provided the last known address of Dunbar, and the Court directed the Clerk to effectuate service of process. On October 17, 2025, the Marshal returned service unexecuted.

Rule 4(m) of the Federal Rules of Civil Procedure provides:

If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a

specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

It has been more than 90 days since Plaintiff filed his amended complaint, and service has been attempted twice on Dunbar without success.  As noted above, Federal Rule 4(m) provides that the Court, after notice to a plaintiff, shall dismiss an action against any defendant upon whom service has not been timely made.  In light of Plaintiff's status as a self-represented litigant, he will be given the opportunity to provide the Court with adequate information such that Dunbar may be timely served under Rule 4(m).  Plaintiff's response to the Court is due no later than 21 days from the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than 21 days from the date of this Order, Plaintiff shall provide the Court with adequate information such that Dunbar may be served with process.

**IT IS FURTHER ORDERED** that, in the absence of good cause shown, Plaintiff's failure to timely respond to this Order shall result in the dismissal of Dunbar from this action, without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Dated this 23rd day of October, 2025.

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE