UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| TIRRELL AUDRELIUS MIDDLETON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 1:25 CV 82 JMB |
| | ) | |
| GAVEN PENROD and CANDACE E. | ) | |
| CAMPBELL, | ) | |
| Defendants. | ) | |

**MEMORANDUM and ORDER**

Now pending before the Court are Plaintiff's Motion to Compel (Doc. 42) and Defendants' Motion for Extension of Time (Doc. 44).  The Motion to Compel is **DENIED** and the Motion for Extension of Time is **GRANTED**.

On April 13, 2026, Plaintiff submitted a letter to the Court indicating that he had prepared his Federal Rule of Civil Procedure 26 initial disclosures but that the institution where he is housed had not picked up the documents to be mailed out (Doc. 40).  He sought additional time to mail his initial disclosures.  In his motion to compel (Doc. 42), he further seeks responses to particular interrogatories (6, 9, 13-15, 17, 18, 20-24 as to Defendant Campbell and 6, 7, 9, and 23 as to Defendant Penrod).  Plaintiff did not attach his interrogatories to his motion, but he had previously filed his interrogatories with the Clerk of Court on April 14, 2026 (Doc. 41).[1]  It is clear from the motion that Plaintiff is seeking *additional* responses to various interrogatories but he did not attach the actual responses that Defendants tendered.  Without those responses, the Court cannot evaluate the propriety of Defendants' responses and cannot therefore compel additional responses.  Plaintiff's motion, then, must be denied.

---

[1] In response, the Clerk notified Plaintiff that Local Rule 3.02 directs parties that they may not file discovery requests or responses except in relation to a motion.

Defendants note that they responded to Plaintiff's discovery requests on May 6, 2026. They further indicate that they have not (as of the date of their motion for extension of time, June 16, 2026) received Plaintiff's initial disclosures.  Defendants state that they intend to meet and confer with Plaintiff regarding his discovery requests.  To that end, and because of the press of other business, Defendants request additional time to complete discovery and file dispositive motions.  Defendant's motion shall be granted.

Accordingly, it is hereby **ORDERED** that:

1.  Plaintiff's Motion to Compel (Doc. 42) is **DENIED**.

2.  Defendants' Motion for Extension of Time (Doc. 44) is **GRANTED**.

3.  The parties shall meet and confer regarding any outstanding discovery issues.  To the extent that Plaintiff has not served his initial disclosures, they shall be served by July 3, 2026.

4.  The discovery deadline is extended to July 24, 2026.

5.  Any additional motions related to discovery shall be filed by July 24, 2026.

6. Dispositive motion (i.e. motions for summary judgment) are due by August 21, 2026; responses are due by September 21, 2026; replies due by October 5, 2026.

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 22nd day of June, 2026